In the Matter of WILLIAM ALOE et al., Copartners Doing Business under the Name of WILLIAM ALOE COAL COMPANY, Appellants, against CLARENCE E. DASSLER, as Building Inspector of the City of New Rochelle, Respondent.

Argued January 17, 1952; decided March 13, 1952.

*John J. Dillon* for appellants.

*Aaron Simmons, Corporation Counsel* (*John A. Bodmer* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.